IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC DAIMLER, ) | |
| ) | |
| Plaintiff/Crossclaim Defendant, ) | |
| v. ) | Civil No. 18-165 |
| ) | |
| ) | |
| CHRIS MOEHLE, ROBOTICS HUB ) | |
| FUND 1, LLC, and COAL HILL ) | |
| VENTURES LLC, ) | |
| ) | |
| Defendants/Crossclaim Plaintiff. ) | |

### Order

AND NOW, this 26th day of April, 2023, in accordance with the stipulation entered at the commencement of this trial, the verdict in this case is hereby molded to reflect the caption of the case as filed at civil number 18-CV-00165 and said caption is as follows:

| | |
|---|---|
| ERIC DAIMLER, ) | |
| ) | |
| Plaintiff/Crossclaim Defendant, ) | |
| v. ) | Civil No. 18-165 |
| ) | |
| ) | |
| CHRIS MOEHLE, ROBOTICS HUB ) | |
| FUND 1, LLC, and COAL HILL ) | |
| VENTURES LLC, ) | |
| ) | |
| Defendants/Crossclaim Plaintiff. ) | |

*/s/Marilyn J. Horan*
Marilyn J. Horan
United States District Judge