AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| ERIC DAIMLER et al | ) |
| *Plaintiff* / Cross-claim Defendant | ) |
| v. | ) Civil Action No. 2:18-cv-00165-MJH |
| CHRIS MOEHLE et al | ) |
| *Defendant* / Cross-claim Plaintiff | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Jury returned a verdict in favor of Defendant/Crossclaim Plaintiff Robotics Hub Fund 1 LLC and Coal Hill Ventures LLC in the amount of $225,000.00. As to Fraudulent Misreprentation, Plaintiff/Cross Defendant Daimler was found not liable.

This action was *(check one)*:

☑ tried by a jury with Judge Marilyn J. Horan _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 4/26/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*