IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC DAIMLER, | ) |
| | ) |
|    Plaintiff/Counter-Defendant, | ) |
|                     v. | )    **Civil No. 18-165** |
| | ) |
| CHRIS MOEHLE, ROBOTICS HUB | ) |
| FUND 1, LLC, and COAL HILL | ) |
| VENTURES LLC, | ) |
| | ) |
|    Defendants/Counter-Plaintiffs. | ) |

## ORDER

Following Consideration of Mr. Daimler's Motion for New Trial on Damages or Remittitur (ECF No. 181), the respective briefs (ECF Nos. 182, 192, and 193), and for the reasons stated in this Court's Opinion (ECF No. 195), Mr. Daimler's Motion is denied.  Further, following consideration of the Companies' Motion for Attorneys' Fees (ECF No. 177), the respective briefs (ECF No. 178, 191, and 194), and for the reasons stated in this Court's Opinion (ECF No.195), the Companies' Motion is Granted.  The Companies are hereby awarded $129,183.00 in attorneys' fees.  The Clerk will mark this case closed.

   Dated:  August 2, 2023

_____
Marilyn J. Horan
United States District Court Judge